York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Charles P. Gray, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.; Ingraham, P. J., dissented.

Alfred Mauger, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Pasquale Cavallo, Suing on Behalf of Himself and of All Creditors of Giuseppe Maresca, etc., Respondent, v. Peoples Surety Company of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Joseph J. Carroll, as Administrator, etc., Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Uvalde Asphalt Paving Company, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. George Grutz, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Maria J. Ventimiglia, Respondent, v. Minna Eichner, as Administratrix, etc., Defendant. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Major Zigler, Respondent, v. Holbrook, Cabot & Rollins Corporation, Appellant.— Order modified by reducing the condition upon which the defendant was permitted to amend the answer to the payment of ten dollars motion costs, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Fearon Daniel Company, Appellant, v. London Guarantee and Accident Company, Limited, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Sam Sisselman, Appellant, v. Elmer Sutherland, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Auerbach, Respondent, v. Aaron E. Nusbaum and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Elmer M. Kimbark, Appellant, v. Waldemar Company and Others, Impleaded with Mortimer Bartlett, Respondent. Elmer M. Kimbark,